# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WISCONSIN

---

**TODD EDMONDS,**
        **Plaintiff,**

        v.                                                    **Case No. 06C0844**

**ALLIED BARTON SECURITY, ALMEDA**
**COUNTY CALIFORNIA, STATE OF CALIFORNIA,**
        **Defendants.**

---

### DECISION AND ORDER

Defendant Allied Barton Security Services ("Allied") moves to dismiss plaintiff Todd Edmonds's pro se complaint. Plaintiff's complaint consists of a variety of confusing allegations but seems to primarily involve discrimination. However plaintiff's allegations are characterized, the case is improperly venued. No defendant resides in this judicial district, and no acts or events giving rise to the claim occurred here. Therefore, pursuant to 28 U.S.C. § 1406(a), I will dismiss the case for improper venue.

Further, plaintiff has not served defendants Alameda County California or the State of California. A district court may screen and dismiss a complaint prior to service if it fails to state a claim. Rowe v. Shake, 196 F.3d 778, 783 (7th Cir. 1999). Plaintiff's allegations fail to meet even the most liberal pleading standard with respect to his claims against these defendants. The Federal Rules of Civil Procedure require a plaintiff to set forth "a short and plain statement of the grounds upon which the court's jurisdiction depends . . . [and] a short plain statement of the claim showing that the pleader is entitled to relief." Fed R. Civ. P. 8(a). Conclusory allegations that "every possible civil right . . . was violated" and a demand for a "finding of responsibility" for "racial[,] gender, sex and religious discrimination,"

unaccompanied by a statement of plaintiff's race, gender or religion or any allegation of

actions undertaken by defendants related to these characteristics, fails to establish a basis

for a Title VII claim.  Therefore, plaintiff has not met the pleading requirements of Fed. R.

Civ. P. 8(a)(1)-(2) and has not stated a claim that can survive a motion under Fed. R. Civ.

P. 12(b)(6).

Therefore,

**IT IS ORDERED** that defendant's claims against Alameda County and the State of

California are **DISMISSED.**

**IT IS FURTHER ORDERED** that Allied's motion to dismiss is **GRANTED** and this

case is **DISMISSED**.

Dated at Milwaukee, Wisconsin this 31 day of July, 2007.


/s_____
LYNN ADELMAN
District Judge

2